

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00346-CR

Quentin Dewayne **DILWORTH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR5590
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: August 10, 2022

DISMISSED FOR WANT OF JURISDICTION

On February 22, 2021, Appellant Dilworth was charged with possession of a firearm while on community supervision. In January 2022, Appellant pled guilty to the unlawful possession of a firearm. The trial court entered judgment on January 11, 2022, and certified that Appellant had no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). On June 3, 2022, Appellant filed a notice of appeal. *Contra* TEX. R. APP. P. 26.2(a)(1).

On July 7, 2022, we ordered Appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction. On July 8, 2022, Appellant conceded that this appeal suffers from jurisdictional defects.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH